IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENIHANA OF TOKYO, INC. ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BENIHANA, INC. ) <br> and ) <br> NOODLE TIME, INC., ) <br> Defendants. ) | C.A. No.: 10-1051 SLR |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for Defendants certifies that the following have an interest in the outcome of this case: the following publicly held companies own 10% or more of BENIHANA, INC.'s stock:

BFC Financial Corporation
2100 W Cypress Creek Road
Fort Lauderdale, FL 33309

NOODLE TIME, INC. is a wholly-owned subsidiary of BENIHANA, INC. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
Whetzel@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorney for Defendants*

Of Counsel:
Janet Moreira Gamble (#0597090)
Alan H. Fein (#288349)
STEARNS WEAVER MILLER WEISLER
ALHADEFF & SITTERSON, P.A.
Suite 2200, Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200

February 4, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David M. Powlen
Barnes & Thornburg LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
whetzel@rlf.com