IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENIHANA OF TOKYO, INC.
        Plaintiff,

vs.                                  C.A. No.: 10-01051 SLR

BENIHANA, INC.
and
NOODLE TIME, INC.,
        Defendants.

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Defendant Benihana, Inc.'s First Request for Production to Plaintiff Benihana of Tokyo, Inc. were caused be served on June 10, 2011 as follows:

### VIA ELECTRONIC MAIL

David M. Powlen, Esquire
David.powlen@btlaw.com
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801

Richard B. Feldman, Esq.
rfeldman@rfs-law.com
Rosenberg Feldman Smith LLP
551 Fifth Avenue
24th Floor
New York, NY 10176

Joseph D. Lewis, Esq.
joe.lewis@btlaw.com
James R. Burdett, Esq.
jim.burdett@btlaw.com
Barnes & Thornburg LLP
750 17th Street N.W.
Suite 900
Washington, D.C. 20006

|  |  |
|---|---|
| Of Counsel:<br>Janet Moreira Gamble (#0597090)<br>Alan H. Fein (#288349)<br>STEARNS WEAVER MILLER WEISLER ALHADEFF & SITTERSON, P.A.<br>Suite 2200, Museum Tower<br>150 West Flagler Street<br>Miami, Florida 33130<br>(305) 789-3200<br><br>June 10, 2011 | /s/ Robert W. Whetzel<br>Robert W. Whetzel (#2288)<br>Whetzel@rlf.com<br>Todd A. Coomes (#4694)<br>Coomes@rlf.com<br>Laura D. Hatcher (#5098)<br>hatcher@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and which has also been served as noted:

**VIA ELECTRONIC MAIL**

David M. Powlen, Esquire
David.powlen@btlaw.com
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801

Richard B. Feldman, Esq.
rfeldman@rfs-law.com
Rosenberg Feldman Smith LLP
551 Fifth Avenue
24th Floor
New York, NY 10176

Joseph D. Lewis, Esq.
joe.lewis@btlaw.com
James R. Burdett, Esq.
jim.burdett@btlaw.com
Barnes & Thornburg LLP
750 17th Street N.W.
Suite 900
Washington, D.C. 20006

/s/ Robert W. Whetzel
Robert W. Whetzel, Esquire (#2288)
Whetzel@rlf.com