# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| BENIHANA OF TOKYO, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BENIHANA INC., )<br>)<br>and )<br>)<br>NOODLE TIME, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO: 1:10-cv-01051-SLR |

## CHANGE OF POSTAL ADDRESS FOR COUNSEL
## OF PLAINTIFF BENIHANA OF TOKOYO, INC.

Plaintiff Benihana of Tokyo, Inc. ("BOT") hereby supplies a change of postal mailing address, for two of its counsel, as follows:

> James R. Burdett, Esq.
> Joseph D. Lewis, Esq.
> BARNES & THORNBURG, LLP
> 1717 Pennsylvania Avenue, NW, Suite 500
> Washington, D.C. 20006

Dated: June 20, 2011

Respectfully submitted,

*/s/ David M. Powlen*
David M. Powlen (DE No. 4978)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone (302) 888-4536
Electronic Mail: david.powlen@btlaw.com

Mark R. Owens (DE No. 4364)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433

1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone (302) 888-4536
Electronic Mail:  mark.owens@btlaw.com

James R. Burdett, Esq. (*pro hac vice*)
Joseph D. Lewis, Esq. (*pro hac vice*)
BARNES & THORNBURG, LLP
1717 Pennsylvania Avenue, NW, Suite 500
Washington, D.C. 20006
Telephone (202) 289-1313
Facsimile   (202)289)-1330
Electronic Mail: jim.burdett@btlaw.com

*Attorneys for Benihana of Tokyo, Inc.*