IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENIHANA OF TOKYO, INC.

      Plaintiff,

v.

BENIHANA, INC. and NOODLE TIME, INC.,

      Defendants.

C.A. No.: 10-01051 SLR

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Laura D. Hatcher and the law firm of Richards, Layton & Finger, P.A. to represent Defendants in the above-captioned action.

OF COUNSEL:

Janet Moreira Gamble (#0597090)
Alan H. Fein (#288349)
STEARNS WEAVER MILLER WEISLER
ALHADEFF & SITTERSON, P.A.
Suite 2200, Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200

/s/ Laura D. Hatcher
Robert W. Whetzel (#2288)
Whetzel@rlf.com
Todd A. Coomes (#4694)
Coomes@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorney for Defendants*

Dated: September 16, 2011