IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENIHANA OF TOKYO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 10-1051 SLR |
| | ) | |
| BENIHANA INC. and NOODLE TIME, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants Benihana, Inc. and Noodle Time, Inc. may file a reply brief in support of their motion to dismiss this action is extended through and including October 11, 2011.

/s/ David M. Powlen
David M. Powlen (#4978)
David.powlen@btlaw.com
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
(302) 888-4536

*Attorneys for Plaintiff*

/s/ Laura D. Hatcher
Robert W. Whetzel (#2288)
Whetzel@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

*Attorney for Defendants*

Dated: September 23, 2011

**SO ORDERED** this _____ day of _____, 2011.

_____
United States District Judge

RLF1 5354429v. 1