**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BENIHANA OF TOKYO, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No: 1:10-cv-1051-SLR |
| | ) | |
| BENIHANA, INC. and | ) | |
| NOODLE TIME INC. | ) | |
| | ) | |
| Defendants. | ) | |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff hereby requests oral argument to be heard at the Court's discretion on Defendants' Motion To Dismiss Amended Complaint (D.I. 11).

/s/ Mark R. Owens
David M. Powlen (#4978)
david.powlen@btlaw.com
Mark R. Owens (#4364)
mark.owens@btlaw.com
Barnes & Thornburg LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Telephone (302) 888-4536

*Attorneys for Plaintiff*

Dated: October 18, 2011

SO ORDERED this ___ day of _____, 2011.

_____
Sue L. Robinson, U.S.D.J.