IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENIHANA OF TOKOYO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-1051-SLR |
| | ) |
| BENIHANA, INC., and | ) |
| NOODLE TIME, INC., | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 13th day of December, 2011, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion to dismiss (D.I. 11) is granted with respect to plaintiff's claims for breach of contract (including specific performance), false designation of origin (excluding false advertising) and foreign trademark infringement and is otherwise denied.

2. Plaintiff is granted leave to amend the complaint.

_____
United States District Judge