IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENIHANA OF TOKYO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 10-1051 SLR |
| | ) | |
| BENIHANA INC. and NOODLE TIME, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FIXING TIME BY WHICH
PLAINTIFF MAY FILE SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the last date by which the plaintiff Benihana of Tokyo, Inc. may file a second amended complaint (for which leave to file was granted in the Court's Order of December 13, 2011) shall be and hereby is fixed as Monday, January 9, 2012.

| | |
|---|---|
| */s/ David M. Powlen* | */s/ Laura D. Hatcher* |
| David M. Powlen (#4978) | Robert W. Whetzel (#2288) |
| David.Powlen@btlaw.com | Whetzel@rlf.com |
| Mark R. Owens (#4364) | Laura D. Hatcher (#5098) |
| Mark.Owens@btlaw.com | Hatcher@rlf.com |
| BARNES & THORNBURG LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Suite 1200 | One Rodney Square |
| 1000 North West Street | 920 N. King Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899 |
| (302) 888-4536 | (302) 651-7700 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**SO ORDERED** this _____ day of _____, 2011.

_____
SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE