# Exhibit B

FORM PTO-1594
(Rev. 6-93)
OMB No. 0651-0011 (exp. 4/94)

**REC**   06-21-1995   **HEET**   U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

100020319

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| FUKUSUKE KOGYO | Name: NEXTAMA NATIONAL CORP. |
| 16-4 FUSHIMACHI 3RD TERRACE | Internal Address: |
| MIAMI, FLORIDA 33166 | Street Address: 8605 N.W. 53RD TERRACE |
| ☐ Individual(s)   ☐ Association | City: MIAMI   State: FLORIDA   ZIP: 33166 |
| ☐ General Partnership   ☐ Limited Partnership | ☐ Individual(s) citizenship |
| ☒ Corporation-State of New York | ☐ Association |
| ☐ Other | ☐ General Partnership |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☐ No | ☐ Limited Partnership |
| | ☒ Corporation-State of Delaware |
| | ☐ Other |

3. Nature of conveyance:

☒ Assignment      ☐ Merger
☐ Security Agreement   ☐ Change of Name
☐ Other

Execution Date: May 16, 1995

If assignee is not domiciled in the United States, a domestic representative designation is attached: ☐ Yes ☐ No
(Designations must be a separate document from assignment)
Additional name(s) & address(es) attached? ☐ Yes ☐ No

4. Application number(s) or patent number(s):

A. Trademark Application No.(s)

SEE SCHEDULE I ATTACHED

B. Trademark Registration No.(s)

SEE SCHEDULE I ATTACHED

Additional numbers attached? ☒ Yes ☐ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and registrations involved: .......... **24** |
|---|---|
| Name: JOEL A. SCHWARTZ | 7. Total fee (37 CFR 3.41)............ $615.00 |
| Internal Address: | ☒ Enclosed |
| | ☐ Authorized to be charged to deposit account |
| Street Address: 8605 N.W. 53RD TERRACE | 8. Deposit account number: |
| City: MIAMI   State: FLORIDA   ZIP: 33166 | (Attach duplicate copy of this page if paying by deposit account) |

050 MH 06/07/95 1230609

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

050 MH 06/07/95 1230609    0 481   40.00 CK
                          0 482   575.00 CK

TAKA YOSHIMOTO _____    _____    May 16, 1995
Name of Person Signing            Signature          Date

Total number of pages including cover sheet, attachments, and document: **3**

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments

TRADEMARK
REEL: 1358 FRAME: 0750



Schedule I

## BENIHANA
### SERVICE & TRADEMARK REGISTRATIONS

| MARK | TYPE | INT'L CLASS | REG. NO. | REG. DATE | EXP. DATE | COMMENTS |
|------|------|-------|----------|-----------|-----------|----------|
| BENIHANA | SERVICE | 42 | 1,230,609 | 03-08-83 | 03-08-03 | |
| BENIHANA OF TOKYO | SERVICE | 42 | 940,142 | 08-01-72 | 08-01-02 | |
| FLOWER DESIGN | SERVICE | 42 | 937,781 | 07-11-72 | 07-11-02 | |
| BENIHANA OF TOKYO IN COMBINATION WITH FLOWER DESIGN | SERVICE | 42 | 1,023,483 | 10-21-75 | 10-21-95 | |
| BENIHANA (FOR CUTLERY) | TRADE | 8 | 1,130,694 | 02-12-80 | 02-12-00 | Amended 06-10-86; Deleted "OF TOKYO" |
| FLOWER DESIGN (FOR CUTLERY) | TRADE | 8 | 1,130,695 | 02-12-80 | 02-12-00 | |
| BENIHANA | TRADE | 29 | 1,350,873 | 07-23-85 | 07-23-05 | |
| FLOWER DESIGN | TRADE | 29 | 1,353,082 | 08-06-85 | 08-06-05 | |
| FAMOUS RESTAURANT CLASSICS | TRADE | 29 | 1,345,354 | 06-25-85 | 06-25-05 | |
| BENIHANA (FOR WINES) | TRADE | 33 | 1,412,570 | 10-07-86 | 10-07-06 | |
| FLOWER DESIGN (FOR WINES) | TRADE | 33 | 1,428,792 | 01-27-87 | 07-27-06 | |
| BENIHANA (FOR HAND TOOLS) | TRADE | 8 | 1,412,071 | 10-07-86 | 10-07-06 | |
| FLOWER DESIGN (FOR HAND TOOLS) | TRADE | 8 | 1,414,757 | 10-28-86 | 10-28-06 | |
| BENIHANA (ELEC. COOKING GRILL) | TRADE | 11 | 1,412,228 | 10-07-86 | 10-07-06 | |
| FLOWER DESIGN (ELEC. COOKING GRILLS) | TRADE | 11 | 1,413,249 | 10-14-86 | 10-14-06 | |
| BENIHANA (FOR SAKE) | TRADE | 33 | 1,371,824 | 11-19-85 | 11-19-05 | Assigned from TAKARA |

1



| MARK | TYPE | INT'L CLASS | REG. NO. | REG. DATE | EXP. DATE | COMMENTS |
|------|------|-------------|----------|-----------|-----------|----------|
| BENIHANA (FOR FRANCHISE SERVICES) | SERVICE | 35 | 1,531,195 | 03-21-89 | 03-21-09 | |
| FLOWER DESIGN (FOR FRANCHISE SERVICES) | SERVICE | 35 | 1,535,708 | 04-18-89 | 04-18-09 | |
| BENIHANA GOURMET STEAKS | TRADE | 29,30 | 1,640,640 | 12-09-91 | 12-09-97 | |
| FLOWER DESIGN (GOURMET STEAKS) | TRADE | 29,30 | 1,637,020 | 03-05-91 | 03-05-97 | |
| BENIHANA (GOURMET STEAKS) | TRADE | 29,30 | 1,638,536 | 03-19-91 | 03-05-97 | |
| BENIHANA (IN SCRIPT) IN COMBINATION WITH CHINESE CHARACTERS (FOR FOOD PRODUCTS AND COOKING OILS) | TRADE | 29 | 74/521,919 (Serial No.) | 04-29-94 (File Date) | | Application Pending |
| FLOWER DESIGN (FOR FOOD PRODUCTS AND COOKING OILS) | TRADE | 29 | 74/521,920 (Serial No.) | 04-29-94 (File Date) | | Application Pending |
| BENIHANA (FOR EDIBLE OILS AND FATS) | TRADE | 29 | 74/594,023 (Serial No.) | 11-02-94 (File Date) | | Application Pending |

MIAMI/147273_1

2

TRADEMARK
REEL: 1358 FRAME: 0752

to obtain and hold, registrations of the same, and renewals and extensions thereof (collectively, the "Trademark"), in all states of the United States and its territories and possessions, including, without limitation, Puerto Rico, and in all other countries located in South and Central America and the islands of the Caribbean Sea (the "Territory").

(b)   All claims, demands and causes of action of whatsoever nature which the Assignor now has with respect to the Trademark arising with respect to the territory, and all rights to sue thereon and to recover thereon, including without limitation, all causes of action for, and all rights to sue for and to recover and retain damages and profits for, past infringement of the use of the Trademark.

2.   **Transfer of Registration**.   The Assignor hereby authorizes and requests the United States Register of Patents, Copyrights and Trademarks, and, as appropriate, the corresponding officials in the several states, and other countries in the Territory to record the Assignee as the owner of and to issue in accordance with this Instrument all registrations of the Trademark and all applications for any of the same, which are assigned to the Assignee by this Instrument or which relate to the subject matter so assigned.

3.   **Further Assurances**.   Assignor shall perform all such further actions and shall execute, acknowledge and

- 2 -                                                     47869.1

deliver all such further assignments, transfers, consents and other documents as Assignee, or its counsel, may reasonably request to vest more fully in Assignee, and perfect Assignee's rights to and interest in, and enjoyment of, the Trademark.

4. **Parties in Interest**.  This Instrument shall inure to the benefit of the Assignee and its successors, assigns and legal representatives, and shall be binding upon the Assignor and its successors, assigns and legal representatives.

5. **Governing Law**.  This Instrument shall be construed and enforced in accordance with the laws of the State of New York without reference to its principles of conflicts of law.

IN WITNESS WHEREOF, the undersigned have duly executed this Bill of Sale, and caused it to be acknowledged on the day and year first above written.

BENIHANA OF TOKYO, INC.

By: _____
     Taka Yoshimoto,
     **Executive Vice President**

The foregoing Assignment is
accepted as of the day and
year first above written.

BENIHANA NATIONAL CORP.

By: _____
     Joel A. Schwartz,
     President

- 3 -

## ASSIGNMENT OF TRADEMARKS

This instrument dated May *15*, 1995 is by and between **BENIHANA OF TOKYO, INC.**, a New York corporation, having its principal executive offices at 8685 Northwest, 53rd Terrace, Miami, Florida 33166 (the "Assignor") and **BENIHANA NATIONAL CORP.**, a Delaware corporation, having its principal executive offices at 8685 Northwest, 53rd Terrace, Miami, Florida 33166 (the "Assignee").

1. **Assignment**. Pursuant to that certain Agreement and Plan or Reorganization dated as of December 29, 1994 and amended as of March 17, 1995 (as amended, the "Agreement") by and among Assignor, Assignee, Benihana National Corp., a Delaware corporation and BNC Merger Corp., a Delaware corporation, and for ten dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor hereby sells, conveys, assigns, transfers and delivers to the Assignee, all of the Assignor's right, title and interest in and to each of the following:

(a) The servicemarks and trademarks listed on Schedule A annexed hereto and applications and registrations therefor, and all the goodwill related thereto, together with all rights to apply for, in the name of the Assignor or otherwise as may be appropriate and as may be elected by the Assignee, and

TRADEMARK
REEL: 1358 FRAME: 0755

STATE OF FLORIDA     )
                     )  ss.:
COUNTY OF DADE       )


On the _15th_ day of May, 1995, before me personally came **TAKA YOSHIMOTO**, to me known, who, being by me duly sworn, did depose and say that he is the Executive Vice President of **BENIHANA OF TOKYO, INC.**, the corporation described in and which *executed the above instrument; and that he signed his name* thereto by order of the Board of Directors of said corporation.

_____
Notary Public

- 4 -                                    47869.1

TRADEMARK
REEL: 1358 FRAME: 0756

## Schedule A

### Trademarks and Servicemarks

| Mark | Type | INT'L CLASS | REG. NO. | REG. DATE | EXP. DATE | COMMENTS |
|------|------|------------|----------|-----------|-----------|----------|
| BENIHANA | SERVICE | 42 | 1,230,609 | 03-08-83 | 03-08-83 | |
| BENIHANA OF TOKYO | SERVICE | 42 | 940,142 | 08-01-72 | 08-01-72 | |
| FLOWER DESIGN | SERVICE | 42 | 937,781 | 07-11-72 | 07-11-02 | |
| BENIHANA OF TOKYO IN COMBINATION WITH FLOWER DESIGN | SERVICE | 42 | 1,023,463 | 10-21-75 | 10-21-95 | |
| BENIHANA (FOR CUTLERY) | TRADE | 8 | 1,130,694 | 02-12-80 | 02-12-00 | AMENDED 06-10-86, DELETED "OF TOKYO" |
| FLOWER DESIGN (FOR CUTLERY) | TRADE | 8 | 1,130,695 | 02-12-80 | 02-12-00 | |
| BENIHANA | TRADE | 29 | 1,350,873 | 07-23-85 | 07-23-05 | |
| FLOWER DESIGN | TRADE | 29 | 1,353,082 | 08-06-85 | 08-06-05 | |
| FAMOUS RESTAURANT CLASSICS | TRADE | 29 | 1,345,354 | 06-25-85 | 06-25-05 | |
| BENIHANA (FOR WINES) | TRADE | 33 | 1,412,570 | 10-07-86 | 10-07-06 | |
| FLOWER DESIGN (FOR WINES) | TRADE | 33 | 1,426,792 | 01-27-87 | 07-27-06 | |
| BENIHANA (FOR HAND TOOLS) | TRADE | 8 | 1,412,071 | 10-07-86 | 10-07-06 | |
| FLOWER DESIGN (FOR HAND TOOLS) | TRADE | 8 | 1,414,757 | 10-28-86 | 10-28-06 | |
| BENIHANA (ELEC. COOKING GRILL) | TRADE | 11 | 1,412,228 | 10-07-86 | 10-07-06 | |
| FLOWER DESIGN (ELEC. COOKING GRILLS) | TRADE | 11 | 1,413,249 | 10-14-86 | 10-14-06 | |
| BENIHANA (FOR SAKE) | TRADE | 33 | 1,371,624 | 11-19-85 | 11-19-05 | ASSIGNED FROM TAKARA |
| BENIHANA (FOR FRANCHISE SERVICES) | SERVICE | 35 | 1,531,195 | 03-21-89 | 03-21-09 | |
| FLOWER DESIGN (FOR FRANCHISE SERVICES) | SERVICE | 35 | 1,535,708 | 04-18-89 | 04-18-09 | |
| BENIHANA GOURMET STEAKS | TRADE | 29,30 | 1,640,640 | 12-09-91 | 12-09-97 | |
| FLOWER DESIGN (GOURMET STEAKS) | TRADE | 29,30 | 1,637,020 | 03-05-91 | 03-05-97 | |
| BENIHANA (GOURMET STEAKS) | TRADE | 29,30 | 1,638,536 | 03-19-91 | 03-05-97 | |
| BENIHANA (IN SCRIPT) IN COMBINATION WITH CHINESE CHARACTERS (FOR FOOD PRODUCTS AND COOKING OILS) | TRADE | 29 | 74/521,919 (SERIAL NO.) | 04-29-94 (FILE DATE) | | APPLICATION PENDING |
| FLOWER DESIGN (FOR FOOD PRODUCTS AND COOKING OILS) | TRADE | 29 | 74/521,920 (SERIAL NO.) | 04-29-94 (FILE DATE) | | APPLICATION PENDING |
| BENIHANA (FOR EDIBLE OILS AND FATS) | TRADE | 29 | 74/994,023 (SERIAL NO.) | 11-02-94 (FILE DATE) | | APPLICATION PENDING |

- 5 -                                                                47869.1

TRADEMARK
RECORDED: 05/22/1995              REEL: 1358 FRAME: 0757