# Exhibit C

08-24-1998


100798952

Equivalent to Form PTO-1594

D

| To the Hon. Commissioner of Patents and Trademarks<br>Please record the attached original or copy thereof | Attach bar code label here: |
|---|---|
| Docket No. BNC-G1 | |

| 1- | Name of Conveying Party(ies): Benihana National Corp., a Delaware corporation. |
|---|---|

| 2- | Name of Receiving Party(ies): Noodle Time, Inc. |
|---|---|
| | Address of Receiving Party(ies): 8685 Northwest 53rd Terrace, Miami, Florida 33166-4591 |
| | [ ] Individual citizenship ____<br>[ ] Association ____<br>[ ] General Partnership ____<br>[ ] Limited Partnership ____<br>[X] Corporation State _Florida_<br>[ ] Other: ____ |
| | If Assignee is not domiciled in the United States, a domestic representative designation is attached: __ YES  _X_ NO<br>(DESIGNATIONS MUST BE A SEPARATE DOCUMENT FROM ASSIGNMENT) |

| 3- | Nature of Conveyance: |
|---|---|
| | [X] Assignment        [ ] Change of Name        [ ] Merger<br>[ ] Security Agreement  [ ] Other: ____ |
| | EXECUTION DATE: July 31, 1998 |

| 4- | Application number(s) or Registration number(s): |
|---|---|
| | **See Attached SCHEDULE OF UNITED STATES SERVICE MARK AND TRADEMARK REGISTRATIONS ASSIGNED FROM BENIHANA NATIONAL CORP. TO NOODLE TIME, INC.** |
| | A) Application number(s):        B) Registration number(s). |

| 5- | Name and Address of party to whom correspondence concerning document should be mailed:<br>Sheldon R. Pontaoe<br>McAulay Nissen Goldberg Kiel & Hand. LLP<br>261 Madison Avenue<br>New York, NY 10016-2391 | 6- | Total number of applications and patents involved: _29_ |
|---|---|---|---|
| | | 7- | TOTAL FEE (37 CFR 3.41): $ 740.00 |
| | | | [X] Enclosed (The Commissioner is hereby authorized to charge the deposit account any additional fees required or to credit any overpayment to Deposit Account No: 13-0025 )<br>[ ] Authorized to be charged to Deposit Account |
| | | 8- | Deposit Account No. 13-0025 (Attach duplicate copy of this page if paying by deposit account) |

REEL: 1772 FRAME: 0551

Equivalent to Form PTO-1594

| DO NOT USE THIS SPACE |
|---|
| |

| 9- | Statement and Signature | To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. |
|---|---|---|
| | Sheldon R. Pontaoe<br>Name of Person Signing | *[signature]*                      August 4, 1998<br>Signature                                    Date |
| | Total number of pages including cover sheet, attachments, and documents. 8 | |

SCHEDULE OF UNITED STATES
SERVICE MARK AND TRADEMARK REGISTRATIONS
ASSIGNED FROM BENIHANA NATIONAL CORP. TO NOODLE TIME, INC.

| MARK | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|
| BENIHANA | 1,230,609 | 03/08/83 |
| BENIHANA OF TOKYO | 940,142 | 08/01/72 |
| Flower Design | 937,781 | 07/11/72 |
| BENIHANA OF TOKYO and Flower Design | 1,023,463 | 10/21/75 |
| BENIHANA | 1,130,694 | 02/12/80 |
| Flower Design | 1,130,695 | 02/12/80 |
| BENIHANA | 1,350,873 | 07/23/85 |
| Flower Design | 1,353,082 | 08/06/85 |
| FAMOUS RESTAURANT CLASSICS | 1,345,354 | 06/25/85 |
| BENIHANA | 1,412,570 | 10/07/86 |
| Flower Design | 1,426,792 | 01/27/87 |
| BENIHANA | 1,412,071 | 10/07/86 |
| Flower Design | 1,414,757 | 10/28/86 |
| BENIHANA | 1,412,228 | 10/07/86 |
| Flower Design | 1,413,249 | 10/14/86 |
| BENIHANA | 1,371,624 | 11/19/85 |
| BENIHANA | 1,531,195 | 03/21/89 |
| Flower Design | 1,535,708 | 04/18/89 |
| BENIHANA GOURMET STEAKS | 1,640,640 | 04/09/91 |
| Flower Design | 1,637,020 | 03/05/91 |

Page 1 of 2

CONTINUATION OF
SCHEDULE OF UNITED STATES
SERVICE MARK AND TRADEMARK REGISTRATIONS
ASSIGNED FROM BENIHANA NATIONAL CORP. TO NOODLE TIME, INC.

| MARK | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|
| BENIHANA | 1,638,536 | 03/19/91 |
| BENIHANA (script) and Chinese characters | 2,029,115 | 01/07/97 |
| Flower Design | 2,030,592 | 01/14/97 |
| BENIHANA | 2,034,221 | 01/28/97 |
| BENI PAC and Design | 2,054,499 | 04/22/97 |
| BENIHANA GRILL and Flower Design | 2,058,184 | 04/29/97 |
| BENIHANA GRILL | 2,119,770 | 12/09/97 |

SCHEDULE OF UNITED STATES
SERVICE MARK AND TRADEMARK APPLICATIONS

| MARK | SERIAL NUMBER | APPLICATION DATE |
|---|---|---|
| JOY OF SUSHI | 75/377,217 | 10/21/97 |
| SUSHI DORAKU and Design | 75/377,219 | 10/21/97 |

Page 2 of 2

TRADEMARK
REEL: 1772 FRAME: 0554

## UNITED STATES ASSIGNMENT

WHEREAS, Benihana National Corp. is a corporation of the State of Delaware and having an address at 8685 Northwest 53rd Terrace, Miami, Florida 33166 (hereinafter "Assignor"), is the owner of the service marks and trademarks on Exhibit A attached hereto;

WHEREAS on March 31, 1997 and October 22, 1997, Noodle Time, Inc., a corporation of the State of Florida, having an address at 8685 Northwest 53rd Terrace, Miami, Florida 33166 (hereinafter "Assignee") has acquired the right, title and interest to said service marks and trademarks with the goodwill of the business associated therewith, including those certain intellectual property rights more fully described on Exhibit A attached hereto;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency whereof is hereby acknowledged by the Assignor, the Assignor hereby sells, assigns and transfers unto said Assignee, its successors and assigns the entire right, title and interest, in the United States to the service marks and trademarks together with the goodwill of the business associated therewith and the United States Registrations that are listed on Exhibit A attached hereto.

Page 1 of 4

TRADEMARK
REEL: 1772 FRAME: 0555

The Assignor does hereby further sell, assign and transfer to the said Assignee any and all causes of action, claims, demands, or other rights occasioned from or because of any and all past infringements of said service marks and trademarks, together with the right in Assignee, its successors, assigns, or other legal representatives, to sue and recover therefore, including the right to bring suit in its own name, and to receive, retain, hold and enjoy for its own use and behalf, and for the use and behalf of its successors, assigns or other legal representatives, any and all damages, profits, or other recoveries or compensation on account thereof or resulting therefrom.

IN WITNESS WHEREOF, the undersigned Assignor has hereto caused this Assignment to be signed by its duly authorized officer this  31st  day of   July       1998.

Benihana National Corp.

SWORN TO and Subscribed before me this 31st day of July 1998.

*Eugenia M. Malchow*

Eugenia M. Malchow
Notary Public, State of Florida
Commission No. CC 633042
My Commission Exp. 03/25/2001
1-800-J-NOTARY - Fla. Notary Service & Bonding Co.

PERSONALLY KNOWN

Joel A. Schwartz
President

Page 2 of 4

EXHIBIT A OF UNITED STATES ASSIGNMENT

SCHEDULE OF UNITED STATES
SERVICE MARK AND TRADEMARK REGISTRATIONS

| MARK | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|
| BENIHANA | 1,230,609 | 03/08/83 |
| BENIHANA OF TOKYO | 940,142 | 08/01/72 |
| Flower Design | 937,781 | 07/11/72 |
| BENIHANA OF TOKYO and Flower Design | 1,023,463 | 10/21/75 |
| BENIHANA | 1,130,694 | 02/12/80 |
| Flower Design | 1,130,695 | 02/12/80 |
| BENIHANA | 1,350,873 | 07/23/85 |
| Flower Design | 1,353,082 | 08/06/85 |
| FAMOUS RESTAURANT CLASSICS | 1,345,354 | 06/25/85 |
| BENIHANA | 1,412,570 | 10/07/86 |
| Flower Design | 1,426,792 | 01/27/87 |
| BENIHANA | 1,412,071 | 10/07/86 |
| Flower Design | 1,414,757 | 10/28/86 |
| BENIHANA | 1,412,228 | 10/07/86 |
| Flower Design | 1,413,249 | 10/14/86 |
| BENIHANA | 1,371,624 | 11/19/85 |
| BENIHANA | 1,531,195 | 03/21/89 |
| Flower Design | 1,535,708 | 04/18/89 |
| BENIHANA GOURMET STEAKS | 1,640,640 | 04/09/91 |
| Flower Design | 1,637,020 | 03/05/91 |

Page 3 of 4

TRADEMARK
REEL: 1772 FRAME: 0557

CONTINUATION OF EXHIBIT A OF UNITED STATES ASSIGNMENT

SCHEDULE OF UNITED STATES
SERVICE MARK AND TRADEMARK REGISTRATIONS

| MARK | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|
| BENIHANA | 1,638,536 | 03/19/91 |
| BENIHANA (script) and Chinese characters | 2,029,115 | 01/07/97 |
| Flower Design | 2,030,592 | 01/14/97 |
| BENIHANA | 2,034,221 | 01/28/97 |
| BENI PAC and Design | 2,054,499 | 04/22/97 |
| BENIHANA GRILL and Flower Design | 2,058,184 | 04/29/97 |
| BENIHANA GRILL | 2,119,770 | 12/09/97 |

SCHEDULE OF UNITED STATES
SERVICE MARK AND TRADEMARK APPLICATIONS

| MARK | SERIAL NUMBER | APPLICATION DATE |
|---|---|---|
| JOY OF SUSHI | 75/377,217 | 10/21/97 |
| SUSHI DORAKU and Design | 75/377,219 | 10/21/97 |

Page 4 of 4

TRADEMARK
RECORDED: 08/04/1998              REEL: 1772 FRAME: 0558