# Exhibit D

PTO Form 1597 (Rev 11/2007)
OMB No. 0651-0055 (Exp. 12/31/2011)

# Section 7 Request Form

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| REGISTRATION NUMBER | 0937781 |
| SERIAL NUMBER | 72392626 |
| **MARK SECTION (current)** | |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **MARK SECTION (proposed)** | |
| MARK FILE NAME | \\TICRS\EXPORT10\IMAGEOUT 10\723\926\72392626\xml1\S7R0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of bold box with rounded edges encompassing the design of a flower with stem and leaves. Within the petals of the flower appear 9 cirle dots. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 514 x 600 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPM_67104186162-131950379_._http___www.benihanagroup.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT10\IMAGEOUT10\723\926\72392626\xml1\S7R0003.JPG |
| **OWNER SECTION (current)** | |
| NAME | NOODLE TIME, INC. |

| STREET | 8685 N.W. 53RD TERRACE |
|---|---|
| CITY | MIAMI |
| STATE | Florida |
| ZIP/POSTAL CODE | 33166-4591 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Florida |
| **ADDITIONAL STATEMENTS SECTION** | |
| MISCELLANEOUS STATEMENT | Mark has been updated and modernized so that within the flower portion, there are 9 circles instead of 16 |
| **PAYMENT SECTION** | |
| TOTAL AMOUNT | 100 |
| TOTAL FEES DUE | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Janet Moreira Gamble/ |
| SIGNATORY'S NAME | Janet Moreira Gamble |
| SIGNATORY'S POSITION | Attorney of record, Florida Bar member |
| DATE SIGNED | 06/10/2010 |
| REQUEST SIGNATURE | /Janet Moreira Gamble/ |
| SIGNATORY'S NAME | Janet Moreira Gamble |
| SIGNATORY'S POSITION | Attorney of record, Florida bar member |
| DATE SIGNED | 06/10/2010 |
| AUTHORIZED SIGNATORY | YES |
| CONCURRENT § 8, 8 &15, OR 8 &9 FILED | NO |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Jun 10 14:25:25 EDT 2010 |
| TEAS STAMP | USPTO/S7R-67.104.186.162-20100610142525794088-0937781-460ad235552489acfc213 |

| a454008297f9-DA-568-20100 |
| 610131950379235 |

PTO Form 1597 (Rev 11/2007)
OMB No. 0651-0055 (Exp. 12/31/2011)

# Section 7 Request Form
## To the Commissioner for Trademarks:

The registrant requests the following amendment(s) to registration no. **0937781**

**MARK**
**Registrant proposes to amend the mark as follows:**
**Current:** (Stylized and/or with Design)
**Proposed:** (Stylized and/or with Design, see mark)

The registrant is not claiming color as a feature of the mark. The mark consists of bold box with rounded edges encompassing the design of a flower with stem and leaves. Within the petals of the flower appear 9 cirle dots.

Registrant hereby submits a specimen for the mark that was in use in commerce on or before the filing date of this request.
**Original PDF file:**
SPM_67104186162-131950379_._http___www.benihanagroup.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**ADDITIONAL STATEMENTS**
**Miscellaneous Statement(s)**
Mark has been updated and modernized so that within the flower portion, there are 9 circles instead of 16

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or document or any resulting registration, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Signature: /Janet Moreira Gamble/    Date: 06/10/2010
Signatory's Name: Janet Moreira Gamble
Signatory's Position: Attorney of record, Florida Bar member

**Request Signature**
Signature: /Janet Moreira Gamble/    Date: 06/10/2010
Signatory's Name: Janet Moreira Gamble
Signatory's Position: Attorney of record, Florida bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the registrant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the registrant in this matter: (1) the registrant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the registrant has filed a power of attorney appointing him/her in this matter; or (4) the registrant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

The registrant is NOT filing a Declaration of Use of Mark under Section 8; a Combined Declaration of Use of Mark under Sections 8 & 15; or a Combined Declaration of Use of Mark/Application for Renewal of Registration of Mark under Sections 8 & 9 in conjunction with this Section 7 Request.

RAM Sale Number: 568
RAM Accounting Date: 06/11/2010

Serial Number: 72392626
Internet Transmission Date: Thu Jun 10 14:25:25 EDT 2010
TEAS Stamp: USPTO/S7R-67.104.186.162-201006101425257
94088-0937781-460ad235552489acfc213a4540
08297f9-DA-568-20100610131950379235






© 2010 Benihana Group Inc. All Rights reserved.
This site is managed by Benihana of Tokyo, Inc.

Contact Us | Copyright

**ROUTING SHEET TO POST REGISTRATION (PRU)**   **Registration Number:** 0937781

**Serial Number:** 72392626

**RAM Sale Number:** 568

**RAM Accounting Date:** 20100611   **Total Fees:** $100

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee | |
|---|---|---|---|---|---|---|
| §7 request | | 20100610 | $0 | 0 | 0 | $100 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20100610






© 2010 Benihana Group Inc. All Rights reserved.
This site is managed by Benihana of Tokyo, Inc.

Contact Us | Copyright