IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENIHANA OF TOKYO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 10-1051 SLR |
| | ) | |
| BENIHANA INC. and NOODLE TIME, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants Benihana, Inc. and Noodle Time, Inc. may move, answer or otherwise respond to the amended complaint is extended through and including April 2, 2012. The parties are currently in settlement negotiations and are hopeful that the extension of time may permit them to amicably resolve this matter.

/s/ *David M. Powlen*
David M. Powlen (#4978)
David.powlen@btlaw.com
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
(302) 888-4536

*Attorneys for Plaintiff*

Dated: March 1, 2012

/s/ *Laura D. Hatcher*
Robert W. Whetzel (#2288)
Whetzel@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

*Attorney for Defendants*

RLF1 5878603v. 1

**SO ORDERED** this _____ day of _____, 2012.

_____
United States District Judge