IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENIHANA OF TOKYO, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENIHANA INC. and NOODLE TIME, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 10-1051 SLR |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants Benihana, Inc. and Noodle Time, Inc. may move, answer or otherwise respond to the amended complaint is extended through and including April 16, 2012. The parties met on March 15, 2012 for settlement negotiations and are meeting again today. The parties are hopeful that the extension of time may permit them to amicably resolve this matter.

| | |
|---|---|
| /s/ David M. Powlen <br> David M. Powlen (#4978) <br> David.powlen@btlaw.com <br> BARNES & THORNBURG LLP <br> 1000 North West Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> (302) 888-4536 <br><br> *Attorneys for Plaintiff* | /s/ Todd A. Coomes <br> Robert W. Whetzel (#2288) <br> Whetzel@rlf.com <br> Todd A. Coomes (#4694) <br> Coomes@rlf.com <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19899 <br> (302) 651-7700 <br><br> *Attorneys for Defendants* |

Dated: April 2, 2012

**SO ORDERED** this _____ day of _____, 2012.

_____
United States District Judge

RLF1 5948345v. 1