IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENIHANA OF TOKYO, INC.               )
                                      )
            Plaintiff,                )
     v.                               )          Civil Action No. 10-1051 SLR
                                      )
BENIHANA INC. and NOODLE              )
TIME, INC.,                           )
                                      )
            Defendants.               )

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants Benihana, Inc. and Noodle Time, Inc. may move, answer or otherwise respond to the amended complaint is extended through and including May 29, 2012. The parties' dialogue is continuing, and they believe that another brief extension may facilitate an amicable resolution.

/s/ Mark R. Owens                          /s/ Todd A. Coomes
Mark R. Owens (#4364)                      Robert W. Whetzel (#2288)
Mark.Owens@btlaw.cm                        Whetzel@rlf.com
David M. Powlen (#4978)                    Todd A. Coomes (#4694)
David.Powlen@btlaw.com                     Coomes@rlf.com
BARNES & THORNBURG LLP                     RICHARDS, LAYTON & FINGER, P.A.
1000 North West Street, Suite 1200         One Rodney Square
Wilmington, Delaware 19801                 920 N. King Street
(302) 888-4536                             Wilmington, Delaware 19899
                                           (302) 651-7700

*Attorneys for Plaintiff*                    *Attorneys for Defendants*

Dated:  May 14, 2012

            **SO ORDERED** this _____ day of _____, 2012.


                        _____
                        United States District Judge