IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENIHANA OF TOKYO, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BENIHANA INC. and NOODLE )<br>TIME, INC., )<br>)<br>Defendants. ) | Civil Action No. 10-1051 SLR |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants Benihana, Inc. and Noodle Time, Inc. may move, answer or otherwise respond to the amended complaint is extended through and including June 12, 2012. The parties' dialogue is continuing, and they believe that another brief extension may facilitate an amicable resolution.

*/s/ Mark R. Owens*
Mark R. Owens (#4364)
Mark.Owens@btlaw.cm
David M. Powlen (#4978)
David.Powlen@btlaw.com
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
(302) 888-4536

*Attorneys for Plaintiff*

Dated: May 29, 2012

*/s/ Todd A. Coomes*
Robert W. Whetzel (#2288)
Whetzel@rlf.com
Todd A. Coomes (#4694)
Coomes@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Defendants*

**SO ORDERED** this _____ day of _____, 2012.

_____
United States District Judge