IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENIHANA OF TOKYO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 10-1051 SLR |
| | ) | |
| BENIHANA INC. and NOODLE TIME, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants Benihana, Inc. and Noodle Time, Inc. may move, answer or otherwise respond to the amended complaint is extended through and including July 10, 2012.  The parties' dialogue is continuing, and they believe that another brief extension may facilitate an amicable resolution.

| | |
|---|---|
| */s/ Mark R. Owens* | */s/ Todd A. Coomes* |
| Mark R. Owens (#4364) | Robert W. Whetzel (#2288) |
| Mark.Owens@btlaw.cm | Whetzel@rlf.com |
| David M. Powlen (#4978) | Todd A. Coomes (#4694) |
| David.Powlen@btlaw.com | Coomes@rlf.com |
| BARNES & THORNBURG LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1000 North West Street, Suite 1200 | One Rodney Square |
| Wilmington, Delaware 19801 | 920 N. King Street |
| (302) 888-4536 | Wilmington, Delaware 19899 |
| | (302) 651-7700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated:  June 26, 2012

**SO ORDERED** this _____ day of _____, 2012.

_____
United States District Judge

RLF1 6181860v.1