IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENIHANA OF TOKYO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 10-1051-SLR ) |
| BENIHANA, INC. and NOODLE TIME, INC., | ) ) ) ) |
| Defendants. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of July 22, 2014;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants and against plaintiff.

_____
United States District Judge

Dated: 7/23/2014

_____
(By) Deputy Clerk